■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant-Respondent, v EVEREST REINSURANCE COMPANY, Respondent-Appellant. [18 NYS3d 538]—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered December 20, 2013, which, to the extent appealed and cross-appealed from as limited by the briefs, denied plaintiff National Union Fire Insurance Company of Pittsburgh, Pa.'s motion for summary judgment dismissing defendant Everest Reinsurance Company's seventh and ninth defenses, and denied Everest's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs. Order, same court and Justice, entered June 16, 2014, which, to the extent appealed from, denied Everest's motion to renew its motion for summary judgment, unanimously affirmed, with costs.

This record presents numerous issues of fact regarding the

2004 settlement, none of which are susceptible to resolution on summary judgment. Thus, the court correctly denied these motions, particularly in view of our prior order finding issues of fact whether National Union settled the Anniston litigation in good faith (*see American Home Assur. Co. v Everest Reins. Co.*, 90 AD3d 580 [1st Dept 2011]). Concur—Acosta, J.P., Saxe, Moskowitz, Richter and Feinman, JJ.